AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Kevin M. Cronin II<br><br>*Defendant* | )<br>)  Case No. 22-mj-132<br>)<br>)<br>)<br>) |

## AMENDED ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Kevin M. Cronin II__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 06/9/2022

Zia M. Faruqui
2022.06.09 19:07:47 -04'00'
*Issuing officer's signature*

City and state: Washington, D.C.   Zia M, Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/09/22, and the person was arrested on *(date)* 6/13/22
at *(city and state)* Puyallup, WA.

Date: 6/13/22

*Arresting officer's signature*

Irving Smith, Special Agent
*Printed name and title*